**Fill in this information to identify the case:**

Debtor name: Revolution Energy LLC

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **China Windtech Holdings** — Creditor's Name<br>Room 2209, Floor 22, Building Wu Chung<br>213 Queen's Road East<br>Wang Chai, Hong Kong — Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred: 2011<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Pledge Agreement<br><br>**Describe the lien**<br>Pledge of Membership Interests in Harbor Wind LLC<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $8,203,000.00 | $0.00 |
| **2.2** **Guodian United Power Technology Baoding** — Creditor's Name<br>No. 88 Fengneng Street<br>Wind Power Industry Park<br>Baoding City, Hebei Province<br>China — Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred: 11/2011<br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>Wind Turbines - Membership interest in Harbor Wind, LLC<br><br>**Describe the lien**<br>Deed of Trust<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $0.00 | $0.00 |

Debtor  Revolution Energy LLC                     Case number (if know)
        Name

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

| 2.3 | US Bank | **Describe debtor's property that is subject to a lien** | $42,284.32 | $9.30 |
|---|---|---|---|---|
| | Creditor's Name | Security interest in deposit account | | |

PO Box 2188
Oshkosh, WI 54903-2188
Creditor's mailing address

**Describe the lien**
Offset

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2009

**Last 4 digits of account number**
4300

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $8,245,284.32

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: Revolution Energy LLC

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130<br><br>Date(s) debt was incurred  2015<br>Last 4 digits of account number  3752 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Credit Card<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $14,057.46 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Erickson Brown & Kloster<br>4565 Hilton Parkway<br>Suite 101<br>Colorado Springs, CO 80907<br><br>Date(s) debt was incurred  5/2019<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Accounting<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,250.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Schlam Stone Dolan<br>26 Broadway<br>New York, NY 10004<br><br>Date(s) debt was incurred  2018<br>Last 4 digits of account number  9160 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Legal (arbitration)<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $15,169.45 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>US Bank Assoc.<br>1070 W. Baptist Rd.<br>Colorado Springs, CO 80921<br><br>Date(s) debt was incurred  2013<br>Last 4 digits of account number  5790 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Line of Credit<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,403.70 |

**Part 3: List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   Revolution Energy LLC                          Case number (if known)   _____
         _____
         Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 31,880.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 31,880.61 |